52,240-08

# JAMES ARD

## 5200 KELLER SPRINGS RD. #822

Dallas, Texas 75248
214-883-4584

April 8, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

Mr. Abel Acosta
Clerk of the Court
P.O. Box 12308
Austin, Texas 78711

Re: Mr. Percy Froman
    Cause #114-80864-99

Dear Mr. Acosta,

I find it very disturbing for the Texas Court System to be unfair and not truthful regarding those who seek justice from the Texas Court.

Mr. Froman was denied due process when Lynda Rhymes, Deputy District Clerk of Smith County makes a sworn statement regarding receiving the "Writ of habeas corpus" when the USPO has the Certified receipt showing that her office received the material. See Enclosed.

Before I take further action regarding this matter I will wait for your response and the retraction from Ms. Rhymes.

Sincerely,

# JAMES ARD

## 5200 KELLER SPRINGS RD. #822

Dallas, Texas 75248

214-883-4584

November 9, 2014

Smith County District Court
114th. District Court
100 N. Broadway
Tyler, Texas 75701

Writ of Mandamus
Cause No. 114-80864-99

Clerk:

I personally on October 28, 2013 mailed all the court requested data to the above address by register mail.

The total package weighed about nine (9) lbs. It was mailed from the Addison, Texas post office by me.

Sincerely,

James Ard

_Notary Public_

11-10-14

CC: Mr. Abel Acosta
Clerk of the Court
P.O. Box 12308
Austin, Texas 78711



DLON M. KNOX
Notary Public
State of Texas
My Comm. Expires 08-21-2018

1000

**SENDER: COMPLETE THIS SECTION**

- ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON**

A. Signature
X ~~RECEIVED IN~~ ☐ Agent ☐ Addressee

B. Received by (Printed Name) ~~COURT OF CRIMINAL APPEALS~~  C. Date of Delivery

1. Article Addressed to:

Mr. Abel Acosta
Clerk of The Court
P.O. Box 12308
Austin, TX 78711

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Abel Acosta, Clerk

3. Service Type
   ☐ Certified Mail   ☐ Priority Mail Express™
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7014 0510 0000 9038 8044

PS Form 3811, July 2013       Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ▣ Print your name and address on the reverse so that we can return the card to you.
- ▣ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Lori Farmer   C. Date of Delivery 11/14/14

1. Article Addressed to:

Smith County District Court
114th District Court
100 N. Broadway
Tyler, Texas 75701

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Priority Mail Express™
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7014 0510 0000 9038 8037

PS Form 3811, July 2013       Domestic Return Receipt

7014 0510 0000 9038 8037

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

TYLER TX 75701

| | | |
|---|---|---|
| Postage | $ | $1.19 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.19 |

0001

Postmark Here
NOV 10 2014

11/10/2014

Sent To
Smith County District Court

Street, Apt. No.; or PO Box No. 100 N. Broadway

City, State, ZIP+4 Tyler, TX 75701

PS Form 3800, August 2006                    See Reverse for Instructions

WR-52,240-0
COURT OF CRIMINAL APPEAL$
AUSTIN, TEXA
Transmitted 11/17/2014 11:55:09 AM
Accepted 11/18/2014 8:28:12 AM
ABEL ACOST.
CLERI

FILED
LOIS ROGERS
DISTRICT CLERK

2014 NOV 17 AM 11: 19

SMITH COUNTY TEXAS
BY _____ DEPUTY

NO. WR-52,240-06

| | | |
|---|---|---|
| IN RE: | § | IN THE COURT OF |
| | § | |
| PERCY WAYNE FROMAN, | § | CRIMINAL APPEALS |
| | § | |
| Relator | § | OF TEXAS |

---

## AFFIDAVIT

---

| | |
|---|---|
| COUNTY OF SMITH | § |
| | § |
| STATE OF TEXAS | § |

BEFORE ME, the undersigned authority, personally appeared LINDA RHYMES, Deputy District Clerk, for Smith County, Texas, who, being by me duly sworn, deposed as follows:

"My name is LINDA RHYMES and I currently serve as a Deputy District Clerk in the Smith County. Texas District Clerk's Office. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated below:

I was appointed as the Deputy District Clerk in charge of appellate district clerk files. I was duly appointed to this position in July, 2005. In this position, I maintain the appellate records for the Smith County District Clerk.

1

The Relator, Percy Wayne Froman, has not filed an application for a writ of habeas corpus under Texas Code of Criminal Procedure Article 11.07 in Smith County since the last application the Court of Criminal Appeals of Texas ruled on in February, 2008."

Further Affiant Sayeth Not.

_____
LINDA RHYMES, Affiant

Subscribed and sworn to before me on the 17th day of November, 2014.

KARA BARRETT
Notary Public, State of Texas
My Commission Expires
February 10, 2018

_____
Notary Public

2

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 06, 2015 |
|------|--------|---------|--------------|--------------------|-----------|-------------------------|----------------|

## USPS Tracking Intranet Tracking Number Result

Result for Domestic Tracking Number 7014 0510 0000 9038 8037

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 75701 | TYLER | TX |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 750019998 | ADDISON | TX |

### Tracking Number Classification

#### Class/Service

| | |
|---|---|
| Class/Service: | First-Class Certified Mail |
| Class of Mail Code/Description: | FC / First Class |

#### Destination Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 75701 |
| 4-Digit ZIP Code add on: | 9999 |
| Delivery Point Code: | 55 |

#### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Scheduled Delivery Date: Wednesday, 11/12/2014 |
| Predicted Delivery Date: | Thursday, 11/13/2014 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 01 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment

| | |
|---|---|
| Postage: | $1.19 |
| Weight: | 0 lb(s) 2 oz(s) |
| Rate Indicator: | SINGLE PIECE - FLAT |

### Extra Services

**Extra Services Details**

| Description | Amount |
|-------------|--------|
| Certified Mail | $3.30 |
| Return Receipt | $2.70 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|-------|------------|------------|------------|----------|--------------|------------|---------------|-----------------------------------|-------------------|
| DELIVERED | 01 | 11/14/2014 | 11:53 | TYLER, TX 75702 | Scanned | IMD 14212D821F (interface type - wireless) | Scanned by route 5702C016 | 11/14/2014 12:10:02 | View Delivery Signature and Address  Facility Finance Number: 489170  Request Delivery Record  GEO Location Data Available |
| ENROUTE/PROCESSED | 10 | 11/13/2014 | 02:41 | COPPELL, TX 75099 | Scanned | AFSM100-001-3 | Destined to route 75701999955 | 11/13/2014 03:45:31 | |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ENROUTE/PROCESSED | 10 | 11/13/2014 | 01:55 | COPPELL, TX 75099 | Scanned | AFSM100-003-1 | Destined to route 75701999955 | 11/13/2014 03:31:11 | |
| DISPATCHED FROM SORT FACILITY | EF | 11/11/2014 | 06:03 | COPPELL, TX 75099 | System Generated | | | 11/11/2014 07:32:19 | |
| ENROUTE/PROCESSED | 10 | 11/11/2014 | 02:04 | COPPELL, TX 75099 | Scanned | AFSM100-005-2 | Destined to route 75701999955 | 11/11/2014 05:08:43 | |
| ENROUTE/PROCESSED | 10 | 11/10/2014 | 19:35 | COPPELL, TX 75099 | Scanned | AFSM100-001-1 | Destined to route 75701999955 | 11/10/2014 19:46:35 | |
| DEPART POST OFFICE | SF | 11/10/2014 | 18:41 | ADDISON, TX 750019998 | System Generated | | | 11/10/2014 19:06:35 | |
| ACCEPT OR PICKUP | 03 | 11/10/2014 | 13:58 | ADDISON, TX 750019998 | Scanned | POS | | 11/10/2014 16:48:40 | Facility Finance Number: 480055 |

Enter up to {0} items separated by commas.

Select Search Type: Quick Search ▾    Submit

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 06, 2015 |

## USPS Tracking Intranet

## Delivery Signature and Address

**Tracking Number: 7014 0510 0000 9038 8037**

**This item was delivered on 11/14/2014 at 11:53:00**

< Return to Tracking Number View



| | | |
|---|---|---|
| Signature | Signature X | |
| | Printed Name | |
| Address | Delivery Address | 100 N. Broadway |

Enter up to {0} items separated by commas

Select Search Type: [Quick Search ▼]    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 3.2.1.0